UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| STEVEN BUTNER, | ) | CASE NO. 16-08959-JMC-7 |
| | ) | |
| | ) | |
| Debtor. | ) | |

**MOTION TO DEFER ENTRY OF DISCHARGE**

Come now the Debtor, by counsel, and in support of this Motion to Defer Entry of Discharge, state the following:

1. On November 22, 2016, the Debtor filed his voluntary petition under Chapter 7 of Title 11 of the United States Bankruptcy Code.

2. The Debtor's discharge may be entered by the Court starting March 7, 2017.

3. One of the reasons Debtor filed for bankruptcy protection is the failure of a business. Due to the intermingling of business and personal financial affairs, confusion arose on behalf of the Debtor regarding what information was required to be listed in his Chapter 7 consumer bankruptcy petition, schedules and statement of financial affairs. Thus, the Debtor needs to make additional amendments to his schedules and statement of financial affairs.

4. The Debtor has gathered nearly all documentation required to amend his schedules and statement of financial affairs. To ensure the accuracy of this final round of amendments, the Debtor requests the Court defer the entry of his discharge by thirty (30) days. A deferment of the entry of discharge will also allow Debtor additional time to provide further documentation to the U.S. Trustee's Office and the Chapter 7 panel trustee.

WHEREFORE, Debtor respectfully requests the Court delay the entry of their discharge for thirty (30) days, and for all other relief just and proper in the premises.

Respectfully Submitted,

/s/ Mark S. Zuckerberg
Mark S. Zuckerberg
BANKRUPTCY LAW OFFICE OF
MARK S. ZUCKERBERG, P.C.
429 N. Pennsylvania Street
Indianapolis, Indiana 46204
Tel: (317) 687-0000
filings@mszlaw.com

### CERTIFICATE OF SERIVCE

I hereby certify that on March 7, 2017, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by first-class U.S. Mail, postage prepaid and properly addressed, or through the Court's Electronic Case Filing System.   Parties may access this filing through the Court's system.

U.S. Trustee
ustpregion10.in.ecf@usdoj.gov

Gregory Silver, Chapter 7 Trustee

/s/ Mark S. Zuckerberg
Mark S. Zuckerberg