SO ORDERED: March 16, 2017.



_____
**James M. Carr**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

SGENERIC (rev 01/2017)

In re:

**Steven Paul Butner**,
        Debtor.

Case No. **16–08959–JMC–7**

### ORDER

A Motion to Extend Time to File Complaint to Determine Dischargeability and Object to Discharge (Sec. 523/727) was filed on March 1, 2017, by Creditor Arthur Elston and Creditor Mary Elston.

**IT IS ORDERED** that the Motion to Extend Time to File Complaint to Determine Dischargeability and Object to Discharge (Sec. 523/727) is **GRANTED**. The time for filing is extended to May 8, 2017.

Attorney for the creditors must distribute this order.

###