SO ORDERED: September 11, 2017.



James M. Carr
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| In re: | |
|---|---|
| STEVEN PAUL BUTNER | CASE NO. 16-08959-JMC-7 |
| Debtor. | |

**ORDER DIRECTING PNC BANK, N.A. TO PRODUCE DOCUMENTS PURSUANT TO FED. R. BANKR. R. 2004**

This case comes before the Court on the United States Trustee's Motion requesting an order directing PNC Bank, N.A. to produce documents pursuant to Fed. R. Bankr. P. 2004 ("Motion"). The Court being duly advised, now ORDERS that the United States Trustee is authorized to issue a subpoena *duces tecum* compelling PNC Bank, N.A. to produce and permit inspection and copying of those documents identified in Exhibit A attached to the Motion and reprinted below at the time and place below.

**PRODUCTION OF DOCUMENTS:**

**Date:**   October 3, 2017
**Time:**   No later than 4:00 p.m. (Eastern Daylight Time)
**Place:**  Office of the United States Trustee
Attention: Ronald J. Moore
101 West Ohio Street, Suite 1000
Indianapolis, IN 46204

###

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In re:<br><br>STEVEN PAUL BUTNER,<br><br>              Debtor. | CASE NO. 16-08959-JMC-7 |

**EXHIBIT "A" TO MOTION FOR ORDER DIRECTING
PNC BANK TO PRODUCE DOCUMENTS
PURSUANT TO FED. R. BANKR. P. 2004**

The documents to be produced by PNC Bank, N.A. ("PNC"), pursuant to the attached *Motion for Order Directing PNC Bank to Produce Documents Pursuant to Fed. R. Bankr. P. 2004*, are

For **all accounts** at PNC bearing the signatory authority of, or which were owned in whole or in part by, any of the following:

    (A) Steven P. Butner [SSN: XXX-XX-9053]
    (B) Energy Secure Solutions, Inc.;
    (C) BS Ventures, LLC; or,
    (D) Summit Energy Pros, Inc.;

at any time during the period of <u>January 1, 2015 through December 31, 2016,</u> produce the following documents:

1. As to all **open or closed checking, savings, NOW, Time, or other deposit or checking accounts** in the name of or under signature authority of any of the named parties or entities including, but not limited to:
   - Account application and opening documents (corporate authorization or resolutions)
   - Signature cards
   - Bank account monthly statements
   - Canceled checks (front only) (only produce if check copies are normally attached to the monthly statement issued to the account holder/owner)
   - Deposit tickets
   - Credit and debit memos

2. All documents pertaining to **Certificates of Deposit ("CDs") purchased or redeemed** by any of the named parties or entities including, but not limited to:
   - Copies of the CDs

- Documents (checks, debit memos, cash in tickets, wires in, etc.) reflecting the means by which the CDs were purchased
- Documents (bank checks, credit memos, cash out tickets, wires out, etc.) reflecting disbursement of the proceeds of any negotiated CD
- Records reflecting all roll-overs of said CDs

3. All documents pertaining to **open or closed investment or security custodian accounts, IRA, Keogh, or other retirement plan accounts** in the name of or for the benefit of any of the named parties or entities including, but not limited to:
   - Documents (checks, debit memos, cash in tickets, wires in, etc.) reflecting the means by which the security was purchased
   - Monthly, quarterly, and annual account statements
   - Statement of Annual Interest Paid or Earned

4. All documents pertaining to **current or expired safe deposit box rentals** by or under the signatory authority of any of the named parties or entities including, but not limited to:
   - Contracts, agreements, applications, signature cards, Entry/access records
   - Notice of drilling for non-payment, inventory of contents, memoranda and correspondence, photographs of contents, or similar records

## INSTRUCTIONS FOR ELECTRONIC PRODUCTION

Electronically stored records shall be produced in electronic form and must include those records held both in the financial institution's record retention systems; and/or by your financial institution's third-party technology/data storage contractor, vendor or other service provider(s). *All records must be provided in a <u>NON-PROPRIETARY</u> format.*

Please produce **account statements** in an electronic format using either delimited ASCII text data format, Comma Separated Values data format; or commonly available office spreadsheet software formats.

Please produce **image data and other materials** in graphic data files in a non-proprietary or commonly readable format with the highest image quality maintained and must be linked to corresponding text data (e.g., date, time, account, transaction number, etc.) by a unique identifier.

If you have questions or concerns, contact United States Trustee Bankruptcy Auditor Colin May (colin.may@usdoj.gov, telephone: 317-226-6142) or the United States Trustee Trial Attorney listed on the front of this subpoena.

4

## DEFINITIONS

**"Debtor"** means and refers to the debtor, Steven Paul Butner, in Southern District of Indiana, Chapter 7 Case No. 16-08959-JMC-7.

**"Document" or "Documents"** means and is intended to have the broadest possible meaning and includes, without limitation, any writings, electronic transmissions, email, drawings, graphs, charts, photographs, recorded, digitally encoded, graphic, and/or other data compilations from which information can be obtained, translated if necessary through detection devices into reasonably usable form, or other information, including originals, copies (if the original is no longer available), translations and drafts thereof and all copies bearing notations and marks not found on the original. The term **"Document" or "Documents"** includes without limitation, account statements, affidavits, analyses, appraisals, confirmations, contracts, correspondence, Communications, deeds of trust, diskettes, drafts, estimates, evaluations, filings, financial statements, forms, journals, ledgers, letters, lists, memoranda, minutes, notations, notes, opinions, orders, pamphlets, papers, employees' review checklists, permanent files, pictures, press releases, projections, prospectuses, publications, receipts, recordings of conferences, conversations or meetings, reports, statements, statistical records, studies, summaries, tabulations, telegrams, telephone records, telex messages, transcripts, understandings, videotapes, vouchers, work papers, copies of records and documents, and sheet or things similar to any of the foregoing however denominated. The term **"Document" or "Documents"** further means any document now or at any time in the possession, custody, or control of the entity to whom this document request is directed (together with any predecessors, successors, affiliates, subsidiaries or divisions thereof, and their officers, directors, employees, agents and attorneys). Without limiting the term "control" as used in the preceding sentence, a person is deemed to be in control of a document if the person has a right to secure the document or a copy thereof.

**"And"** and **"or"** as used herein are terms of inclusion and not of exclusion, and shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the request for production of documents any document or information that might otherwise be construed to be outside its scope.

**"Any"** means one or more.

**"Person"** means any natural person, corporation, partnership, company, sole proprietorship, association, institute, joint venture, firm, governmental body, or other legal entity, whether privately or publicly owned or controlled, for profit or not-for-profit, or partially or fully government owned or controlled.

**"Relate to"** and **"relating to"** mean to make a statement about, refer to, discuss, describe, reflect, contain, comprise, identify, or in any way to pertain to, in whole or in part, or otherwise to be used, considered, or reviewed in any way in connection with, the specified subject.  Thus, documents that "relate to" a subject also include those which were specifically rejected and those which were not relied or acted upon.

**"You"** or **"Your"** mean PNC Bank officers, employees, agents, representatives, accountants, attorneys and/or other representatives, as well as any and all other Persons acting directly or indirectly on PNC's behalf.

**"Year"** means calendar year.