## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN THE MATTER OF: | CASE NO. 16-08959-LMC-7A |
| STEVEN PAUL BUTNER, Debtor(s). | CHAPTER 7 |

### MOTION TO EXTEND TIME TO FILE OBJECTION TO DISCHARGEABILITY AND OBJECT TO DISCHARGE

The Creditor, State of Indiana, (the "State"), by Curtis T. Hill, Jr., Attorney General of Indiana, and Kathleen T. Konkoly, Deputy Attorney General, respectfully requests that the Court extend the time by which the State must file its Complaint to Determine Dischargeability and its Objection to the discharge of certain debts herein, in support of its motion, states as follows:

1. The deadline for objecting to discharge is March 7, 2018.

2. The State asks that this Court grant a sixty (60) day extension of time, up to and including May 6, 2018, to file its Complaint to Determine Dischargeability or its Objection to the discharge of certain debts.

3. The State needs additional time in which to gather and prepare the documentation and information related to a fraud claim against Debtor.

4. As the requirements for pleading fraud in an adversary proceeding are higher than that for filing a proof of claim, additional documentation is required to verify the amounts owed and that all of the required documents are available to prove the fraud.

5. The State requests this additional time in order to obtain the necessary documentation and to examine the Debtor pursuant to FRBP 2004.

6. Any objections to this Motion must be filed within fourteen (14) days of the date this Motion was served.

7. In the absence of an objection to this motion within fourteen (14) days after service the Court may grant this Motion without further notice or hearing.

8. This Motion is made in good faith and not for the purposes of obstruction or delay.

WHEREFORE, the State of Indiana requests that the Court issue an Order extending the time by which it must file its Complaint to Determine Dischargeability and Objection to discharge until May 6, 2018, and for all other just and proper relief.

                                         Respectfully submitted,

                                         CURTIS T. HILL, JR.
                                         Attorney General of Indiana
                                         Atty. No. 13999-20

By: /s/ Kathleen T. Konkoly
       Kathleen T. Konkoly
       Deputy Attorney General
       Office of Attorney General
       Indiana Government Center South, 5th Floor
       302 West Washington Street
       Indianapolis, IN  46204-2770
       Telephone: 317-234-8073
       Facsimile: 317-232-7979
       Email:  Kathleen.Konkoly@atg.in.gov

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing *Motion to Extend Time* has been duly served upon all counsel of record listed below, by ECF notification or U. S. first class mail, postage prepaid, on February 12, 2018:

United States Trustee
101 W. Ohio Street
Suite 1000
Indianapolis, IN 46204

Gregory K. Silver
Chapter 13 Trustee
Office of Gregory K. Silver
445 N Pennsylvania St. #810
Indianapolis, IN 46204

Mark S. Zuckerberg
Law office of Mark S. Zuckerberg, P.C.
429 N. Pennsylvania Street, Suite 100
Indianapolis, IN 46204

By: /s/ Kathleen T. Konkoly
    Kathleen T. Konkoly
    Deputy Attorney General