SO ORDERED: February 15, 2018.



James M. Carr
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| IN THE MATTER OF: | CASE NO. 16-08959-JMC-7A |
| STEVEN PAUL BUTNER, Debtor(s). | CHAPTER 7 |

## ORDER DIRECTING STEVEN PAUL BUTNER TO APPEAR FOR EXAMINATION AND TO PRODUCE DOCUMENTS PURSUANT TO FED.R.BANKR.P. 2004

This matter comes before the Court on the State of Indiana's *Motion to Conduct Examination of the Debtor* pursuant to Fed. R. Bankr. P. 2004(a). The Court, having considered said Motion and being duly advised, now Orders as follows:

Steven Paul Butner ("Debtor") shall appear for examination on a date to be determined by the parties, at the Office of the Attorney General, 302 W. Washington Street, 5th Floor, Indianapolis, Indiana, 46204 and the Court further Orders:

The Debtor shall produce the following documents by no later than close of business on Wednesday, February 28, 2018, at the Office of the Attorney General, 302 W. Washington Street, 5th Floor, Indianapolis, Indiana 46204:

a) All contracts or agreements entered into between Steven Paul Butner and/or Energy Secure Solutions, Inc. and Indiana consumers from January 1, 2015 to the present date.

b) All documents, including invoices, receipts, work orders, expense reports, etc., created pursuant to any contract or agreement between Steven Paul Butner and/or Energy Secure Solutions, Inc. and Indiana consumers from January 1, 2015 to the present date.
c) All documents relating to any material or supply orders placed pursuant to any contracts or agreements between Steven Paul Butner and/or Energy Secure Solutions, Inc. and Indiana consumers from January 1, 2015 to the present date.

d) All communications, including emails, letters, text messages, recorded phone calls, etc., between Energy Secure Solutions, Inc. and/or Steven Paul Butner and any Indiana consumer who entered into a contract or agreement with Steven Paul Butner and/or Energy Secure Solutions, Inc. from January 1, 2015 to the present date and who did not have the work outlined in their contracts or agreements completed by Energy Secure Solutions, Inc. and/or Steven Paul Butner.

e) Any documents which demonstrate the work referenced in any contracts or agreements entered into between Steven Paul Butner and/or Energy Secure Solutions, Inc. and any Indiana consumer from January 1, 2015 to the present date, was actually completed by Energy Secure Solutions, Inc. and/or Steven Paul Butner.

###

\