SO ORDERED: March 2, 2018.



_____
**James M. Carr
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

SGENERIC (rev 12/2017)

In re:

**Steven Paul Butner**,
       Debtor.

Case No. **16–08959–JMC–7**

## ORDER GRANTING MOTION TO EXTEND TIME TO FILE COMPLAINT

A Motion to Extend Time to File Complaint to Determine Dischargeability and Object to Discharge (Sec. 523/727) was filed on February 14, 2018, by Creditor State of Indiana.

**IT IS ORDERED** that the Motion to Extend Time to File Complaint to Determine Dischargeability and Object to Discharge (Sec. 523/727) is **GRANTED**. The time for filing is extended to May 7, 2018.

Attorney for Creditor State of Indiana must distribute this order.

###