IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
IDIANAPOLIS DIVISION

| | |
|---|---|
| IN THE MATTER OF: | CASE NO. 16-08959-JMC-7 |
| STEVEN PAUL BUTNER,<br>Debtor(s). | CHAPTER 7 |

**AMENDED MOTION TO EXTEND TIME TO FILE OBJECTION TO DISCHARGEABILITY AND OBJECT TO DISCHARGE**

The Creditor, State of Indiana, (the "State"), by Curtis T. Hill, Jr., Attorney General of Indiana, and Heather M. Crockett, Deputy Attorney General, respectfully requests that the Court extend the time by which the State must file its Complaint to Determine Dischargeability and its Objection to the discharge of certain debts herein, in support of its Amended Motion, states as follows:

1. The deadline for objecting to discharge is May 7, 2018.

2. The State asks that this Court grant a sixty (60) day extension of time, up to and including July 6, 2018, to file its Complaint to Determine Dischargeability or its Objection to the discharge of certain debts.

3. The State needs additional time in which to gather and prepare the documentation and information related to a fraud claim against Debtor.

4. As the requirements for pleading fraud in an adversary proceeding are higher than that for filing a proof of claim, additional documentation is required to verify the amounts owed and that all of the required documents are available to prove the fraud.

5. The State's Motion for 2004 Examination was Granted by this Court on February 15, 2018 and the Parties have yet to agree to a scheduled time for said Examination.

6. The State has communicated with Debtor's Attorney and they have no Objection to this Amended Motion.

7. Any objections to this Amended Motion must be filed within fourteen (14) days of the date this Amended Motion was served.

8. In the absence of an objection to this motion within fourteen (14) days after service the Court may grant this Amended Motion without further notice or hearing.

9. This Amended Motion is made in good faith and not for the purposes of obstruction or delay.

WHEREFORE, the State of Indiana requests that the Court issue an Order extending the time by which it must file its Complaint to Determine Dischargeability and Objection to discharge until and including July 6, 2018, and for all other just and proper relief.

        Respectfully submitted,

        CURTIS T. HILL, JR.
        Attorney General of Indiana
        Atty. No. 13999-20

By: /s/ Heather M. Crockett
    HEATHER M. CROCKETT
    Deputy Attorney General
    Office of Attorney General
    Indiana Government Center South, 5th Floor
    302 West Washington Street
    Indianapolis, IN 46204-2770
    Telephone: 317-233-6254
    Facsimile: 317-232-7979
    Email: Heather.crockett@atg.in.gov

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing Amended *Motion to Extend Time* has been duly served upon all counsel of record listed below, by ECF notification or U. S. first class mail, postage prepaid, on April 30, 2018:

United States Trustee
101 W. Ohio Street
Suite 1000
Indianapolis, IN 46204

Gregory K. Silver
Trustee
Office of Gregory K. Silver
445 N Pennsylvania St. #810
Indianapolis, IN 46204

Mark S. Zuckerberg
429 N. Pennsylvania Street, Suite 100
Indianapolis, IN 46204

                                              By: /s/ Heather M. Crockett
                                                  HEATHER M. CROCKETT
                                                  Deputy Attorney General