# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# IDIANAPOLIS DIVISION

| | |
|---|---|
| IN THE MATTER OF: | CASE NO. 16-08959-JMC-7 |
| STEVEN PAUL BUTNER,<br>Debtor(s). | CHAPTER 7 |

## MOTION TO EXTEND TIME TO FILE COMPLAINT TO DETERMINE DISCHARGEABILITY OR TO OBJECT TO DISCHARGE

The Creditor, State of Indiana, (the "State"), by Curtis T. Hill, Jr., Attorney General of Indiana, and Heather M. Crockett, Deputy Attorney General, respectfully requests that the Court extend the time by which the State must file its Complaint to Determine Dischargeability or its Objection to the discharge of certain debts herein, in support of its Motion, states as follows:

1. The deadline for objecting to discharge is now September 6, 2018.

2. The State asks that this Court to grant a sixty (60) day extension of time, up to and including November 6, 2018, to file its Complaint to Determine Dischargeability or its Objection to the discharge of certain debts.

3. This Court granted the State's Motion for a 2004 Exam and same is now scheduled for September 11, 2018 to gather information related to the fraud claim against Debtor.

4. The State requests this extension to allow sufficient time for the State to process and investigate further, the information that emerges from the scheduled 2004 Exam, as the requirements for pleading fraud in an adversary proceeding are higher than that for filing a proof of claim.

5. The State has communicated with Debtor's Attorney for this potential adversary and they have no Objection to this Motion.

6. Any objections to this Motion must be filed within fourteen (14) days of the date this Motion was served or September 20, 2018 and must be sent to Heather M. Crockett, Deputy Attorney General, Office of the Indiana Attorney General, 302 W Washington Street, IGCS 5th Floor, Indianapolis, IN 46204 and must comply with S.D.Ind. B-9013-1(d).

7. In the absence of an objection to this motion within fourteen (14) days after service the Court may grant this Motion without further notice or hearing.

8. This Motion is made in good faith and not for the purposes of obstruction or delay.

WHEREFORE, the State of Indiana requests that the Court issue an Order extending the time by which it must file its Complaint to Determine Dischargeability or Objection to discharge until and including November 6, 2018, and for all other just and proper relief.

    Respectfully submitted,

    CURTIS T. HILL, JR.
    Attorney General of Indiana
    Atty. No. 13999-20

By: /s/ Heather M. Crockett
    HEATHER M. CROCKETT
    Deputy Attorney General
    Office of Attorney General
    Indiana Government Center South, 5th Floor
    302 West Washington Street
    Indianapolis, IN 46204-2770
    Telephone: 317-233-6254
    Facsimile: 317-232-7979
    Email: Heather.crockett@atg.in.gov

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing *Motion to Extend Time* has been duly served upon all counsel of record listed below, by ECF notification or U. S. first class mail, postage prepaid, on September 6, 2018:

United States Trustee
101 W. Ohio Street
Suite 1000
Indianapolis, IN 46204

Gregory K. Silver
Chapter 7 Trustee
445 N Pennsylvania St. #810
Indianapolis, IN 46204

Mark S. Zuckerberg
Attorney for Debtor
429 N. Pennsylvania Street, Suite 100
Indianapolis, IN 46204

John C. Cannizzaro
Tom Mixdorf
Ice Miller LLP
250 West St.
Columbus, OH 43215

By: /s/ Heather M. Crockett
HEATHER M. CROCKETT
Deputy Attorney General
