SO ORDERED: September 24, 2018.

_____
James M. Carr
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
IDIANAPOLIS DIVISION

| IN THE MATTER OF: | CASE NO. 16-08959-JMC-7 |
|---|---|
| STEVEN PAUL BUTNER,<br>Debtor(s). | CHAPTER 7 |

**ORDER GRANTING MOTION TO EXTEND TIME TO FILE COMPLAINT TO DETERMINE DISCHARGEABILITY OR TO OBJECT TO DISCHARGE**

This matter comes before the Court on Creditor, State of Indiana, by Curtis T. Hill, Jr., Attorney General of Indiana and Heather M. Crockett, Deputy Attorney General, having file its Motion to Extend Time to File Complaint to Determine Dischargeability or to Object to Discharge and the Court having reviewed same, does hereby extend the time for filing to and including November 6, 2018.

###