UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| STEVEN PAUL BUTNER, | ) | CASE NO. 16-08959-JMC-7 |
| | ) | |
| | ) | |
| DEBTOR. | ) | |

TRUSTEE'S MOTION TO REOPEN

    Gregory K. Silver, Trustee herein, moves the Court to reopen this case for the reason that he has found assets herein providing a likely dividend to unsecured creditors.

    WHEREFORE, Trustee prays this case be reopened with the costs to do so deferred until the monies are obtained herein for such.

                                               /s/ Gregory K. Silver
                                               Gregory K. Silver
                                               445 N. Pennsylvania St., Suite 810
                                               Indianapolis, IN 46204
                                               (317) 590-0418 – FAX: (317) 860-8614
                                               trusteegksilver@yahoo.com

CERTIFICATE OF SERVICE

    I hereby certify that on September 24, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

United States Trustee
ustpregion10.in.ecf@usdoj.gov

Penny Lynn Carey
carey.law@hotmail.com

Heather M. Crockett
Heather.Crockett@atg.in.gov

Kathleen Konkoly
Kathleen.konkoly@atg.in.gov

Justin J. Kosiba
bkfilings@hensleylegal.com

Mark S. Zuckerberg
filings@mslaw.com

      I further certify that on September 24, 2020, a copy of the foregoing was mailed by first-class U.S. Mail, postage prepaid, or electronic mail as indicated and properly addressed to the following: N/A

                                                      /s/ Gregory K. Silver
                                                       Gregory K. Silver